IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAEKUBIAN BARROW, | ) | No. C 10-1521 JSW (PR) |
| Petitioner, | ) | **ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL** |
| vs. | ) | |
| SWARTHOUT, Warden, | ) | |
| Respondent. | ) | (Docket No. 16) |
| _____ | ) | |

Petitioner has filed a motion for appointment of counsel. The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation."

Petitioner has presented his claims ably in the petition, and they are not particularly complex. The Court determines that the interests of justice do not require appointment of counsel at this stage of the case. The motion is DENIED.

This order terminates docket number 16.

IT IS SO ORDERED.

DATED: <u>November 7, 2011</u>

_____
JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAEKUBIAN A. BARROW,

       Plaintiff,

  v.

SWARTHOUT et al,

       Defendant.

_____/

Case Number: CV10-01521 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raekubian A. Barrow
Solano State Prison
G16543
P.O. Box 4000
Vacaville, CA 95696

Dated: November 7, 2011

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk